# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED MAR 15 2024 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.

John Frank Miller
)
)
)
*Plaintiff(s)*
)
(Write the full name of each plaintiff who is filing this complaint.
)
If the names of all the plaintiffs cannot fit in the space above,
)
please write "see attached" in the space and attach an additional
)
page with the full list of names.)
)
-v-
)
)
enclosed
)
)
*Defendant(s)*
)
(Write the full name of each defendant who is being sued. If the
)
names of all the defendants cannot fit in the space above, please
)
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: John Frank Miller
- All other names by which you have been known: N/A
- ID Number: 0282134
- Current Institution: Scotland Correctional Institute
- Address: 22385 McGirts Ridge Rd.
  Laurinburg, N.C. 28352
  *City / State / Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Lt. O.I.C. (not sure of name)
- Job or Title *(if known)*:
- Shield Number:
- Employer: (D.O.C.)
- Address: Scotland Correctional Institute
  22385 McGirts Ridge Rd.
  Laurinburg, N.C. 28352
  *City / State / Zip Code*
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Tmora Finkley
- Job or Title *(if known)*: Officer, Correctional
- Shield Number:
- Employer: (D.O.C.)
- Address: Scotland Correctional Institute
  22385 McGirts Ridge Rd.
  Laurinburg, N.C. 28352
  *City / State / Zip Code*
- [ ] Individual capacity  [✓] Official capacity

Defendant No. 3
   Name: Officer Slong ?
   Job or Title (if known): Correctional Officer
   Shield Number:
   Employer: (D.O.C.)
   Address: Scotland Correctional Institute
   22385 McGirts Ridge Rd.
   Laurinburg, N.C. 28352
   City / State / Zip Code
   [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
   Name: Jane Doe #1
   Job or Title (if known): Correctional Officer
   Shield Number: Co-worker to Defendants #1 and #2
   Employer: (D.O.C.)
   Address: Scotland Correctional Institute
   22385 McGirts Ridge Rd.
   Laurinburg, N.C. 28352
   City / State / Zip Code
   [✓] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A. Are you bringing suit against *(check all that apply)*:

      [ ] Federal officials (a *Bivens* claim)

      [✓] State or local officials (a § 1983 claim)

   B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

      8th Amendment, I. Title 18 U.S.C. § 241. Conspiracy against rights, § 242. Deprivation of rights under color of law, II. Title 42 U.S.C. § 1983 Civil action for deprivation of rights, 42 U.S.C. 1985 : §1985(3) 42 U.S.C. 1986

   C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*attached*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*attached*

C. What date and approximate time did the events giving rise to your claim(s) occur?

On 10/27/23 between 3 to 4 p.m.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

attached

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

attached (psychological)

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To have the O.I.C. and his co-workers fired.
to pay the filing fee for this case.
to be transferred.
and any thing else the court deems appropriate.
also, to have the two books physically replaced.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Scotland Corr. Inst._

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_all of them_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Scotland Corr. Inst.

2. What did you claim in your grievance?

Copy attached

3. What was the result, if any?

~~[scribbled out]~~

Step 3 attached

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Miller v. Vorhes, Eastern district of N.C.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Miller
   Defendant(s) Williamston (Eastern district N.C.

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number
   N/A don't know

4. Name of Judge assigned to your case
   N/A don't know

5. Approximate date of filing lawsuit
   2015

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition  2017

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed in summary judgment

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/7/24

Signature of Plaintiff: *John Miller*
Printed Name of Plaintiff: John Miller
Prison Identification #: 0282134
Prison Address: Scotland Corr. Inst. 22385 McGirts Ridge Rd., Laurinburg, N.C. 28352

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

Page 11 of 11

Case 1:24-cv-00235-CCE-JEP   Document 2   Filed 03/15/24   Page 11 of 19

## Remaining Defendants

Jane Doe No. 2, Also co-worker of Defendants #1, #2, #3.

Ms. Taylor programmer

Sgt. McCray, I think thats his name. nobody here will give me any names.

Suing all Defendants in their individual capacity and official capacity.

# My Statement

On 10/27/23 I got here to Scottland Correctional Institute. I was brought here from Nash Correctional Institute. I was in lock-up there waiting to come here. The night before I got here sgt. Norwood came to my cell and got all my property to inventory it. I still have my copy of the DC 160 showing that I had the two books that were taken from me when I got here. The officers working in receiving immediately got my property. While I was talking to a nurse an officer came to me and told me that the O.I.C. (officer in charge) said I couldn't have hard bound books that I had to tear the covers off or mail them out. I told her I was allowed to have them. She walked away. When I went around to my property another officer said the O.I.C. was on his way. I signed the DC 160 for my property they had bagged up. I saw my two hard bound books on the table about 6 + 8 feet away from me. There was a DC-160 form sitting by my two books, I could see two books wrote on it. He (the O.I.C.) opened the front cover to one of the books and said I had to tear the covers off or mail them out. I said that state wide policy says I can have them. The O.I.C. said he went by S.O.P. (standard operating procedures). I told him to put me in lock-up and I would stay here until they ship me. I am still in lock-up.

-7-

## My Statement

One of these books was Introduction to Law for Paralegals and American Heritage College Dictionary. The DC 160s I signed doesn't have these two books on them because they put them to the side expecting me to tear the covers off of them. But I knew I didn't have to. The policy says if we can't have legal or scholastical or religious books they have to store them for us.

Like I said, I have my DC160 showing when I got here these two books were in my property.

This is another example of employees lying for each other. My evidence will show this.

## North Carolina Department of Adult Correction
State of North Carolina  Inmate Grievance Resolution Board  Members
Roy Cooper  4207 MAIL SERVICE CENTER, RALEIGH, NC 27699-4207  David W. Addison, Esq.
Governor  Robert E. Campbell, Esq.
Phyllis S. Leary
Kimberly D. Grande  Travis F. Ellis, Esq.
Executive Director  Carlton B. Joyner

### Step Three - Administrative Remedy Response

| | | | |
|---|---|---|---|
| **Inmate:** | MILLER, JOHN F | **Tracking No:** | 0000624577 |
| **Inmate #:** | 0282134 | **Unit Grievance No:** | 4860-2023-LPODA-23927 |
| **Location:** | 4860-SCOTLAND CI - MPODF012 | **Date Received:** | 01/19/2024 |
| | Courier # 14-85-02 | | |

Grievance Examiner: Findings and Disposition Order

This examiner has reviewed this grievance and the response given by staff in the Step 1 and Step 2 responses. My review of this grievance reveals no violation of applicable Prisons policy, nor does it show any evidence of disrespect or abuse of authority or other misconduct by staff. You signed the 10/27/23 DC160 forms. There is no notation or statements from Staff that you had any issue with the receipt of your property. Forms were witnessed by two Staff.

The allegations appear to have been investigated by the facility and staff alleged to be involved in this incident deny the offender's allegations. The offender has produced no evidence to support the allegations. Thus, the grievance is dismissed as lacking any supporting evidence.

| | |
|---|---|
| 02/20/2024 | DELLARIPA, ANGELA M |
| Date | *Inmate Grievance Examiner Electronic Signature* |

cc: CTS



# North Carolina Department of Adult Correction

Roy Cooper, Governor									Todd E. Ishee, Secretary

## DC-410 Screening Response

Regarding Grievance No.: 4860-2023-LPODA-23927
Received: 12/19/2023

Inmate: **MILLER, JOHN F - 0282134**
Location: **4860-SCOTLAND CI - MPODF012**

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 12/19/2023.

| 12/19/2023 | TOWNSEND, SHERRY S. |
|---|---|
| Date | Staff Electronic Signature |

cc: CTS



**MAILING ADDRESS:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

WWW.NCDPS.GOV

An Equal Opportunity Employer

**OFFICE LOCATION:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

DC–410 (Rev. 07/15)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: John Miller           Inmate #: 0282134

Location: Scotland Corr. Inst.     Date: 12/6/23

Grievance Statement: This grievance is in reference to the day I got to this prison (10/27/23). The O.I.C. (officer in charge) told me I couldn't have hardbound books at this institution, that I had to tear the covers off of them or mail them out. I told the O.I.C. I needed these two books for my cases in court, that just the one book cost me $200 dollars. I told him I had the receipt for it. He said that he didn't care, I had to tear the covers off or mail them out. I told him to put me in lock-up and I would stay there until I shipped. Pursuant to Chapter: F

What remedy would resolve your grievance?: To have the O.I.C. immediately fired.

Inmate Signature: John Miller

### OFFICIAL USE

Date received: 12/6/23    Receiving Officer Signature: Jamaia Ru(?)    Staff ID: RTTOs

Facility #: 4540    Year: 2023    Housing #: ___    Sequence #: 23927

Distribution: White - Facility Copy; Pink - Inmate Copy

DC–410 (Rev. 07/15)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: John Miller    Inmate #: 0282134

Location: Scottland Corr. Inst.    Date: 12/6/23

Grievance Statement: Section: .0500, Title: Offender Personal Property, .0503 Authorized Items, 17(b)... If there is doubt as to whether an offender should be allowed to possess legal papers or material, the matter should be referred directly to the Commissioner of Prisons or his/her representative who will consult legal authorities and make a decision in the matter. When an offender is not allowed to keep legal materials, they will be stored in a secure place at the facility. The offender will be allowed access to specific materials

What remedy would resolve your grievance?: To have the O.I.C. immediately fired.

Inmate Signature: John Miller

**OFFICIAL USE**

Date received: 12/19/23    Receiving Officer Signature: Tamaria Rush    Staff ID: RT1060

Facility #: 4860    Year: 2023    Housing #: _____    Sequence #: 23927

Distribution: White - Facility Copy; Pink - Inmate Copy

DC-410 (Rev. 07/15)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: John Miller Inmate #: 0282134

Location: Scottland Corr. Inst. Date: 12/6/23

Grievance Statement: that he/she requests if the request does not threaten security interests as enumerated in this regulation.(d)... As stated in Section F.0503(b), if an offender is not allowed to maintain possession of legal materials, they are to be stored at the facility. Offenders are to be given access to their materials if their request does not threaten security. It is plainly shown by this policy that even if I couldn't possess these two hardbound books, they should have been stored for me. I still have not received any documentation about these two books. (where they are)

What remedy would resolve your grievance?: To have the O.I.C. immediately fired.

Inmate Signature: John Miller

**OFFICIAL USE**

Date received: 12/1/23 Receiving Officer Signature: Tamara Rich Staff ID: RT705

Facility #: 4860 Year: 2023 Housing #: ___ Sequence #: 23927

Distribution: White - Facility Copy; Pink - Inmate Copy